UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                              )
                                    )
CASE REASSIGNMENTS                  )

Pursuant to 28 U.S.C. § 137, the following actions are hereby **REASSIGNED** to the Honorable Thomas A. Varlan, Chief United States District Judge.

    3:03-cv-52    Upton, *et al.* v. USA, *et al.*

    3:07-cv-69    Weeks, *et al.* v. CertainTeed Corporation, *et al.*

    3:09-cv-339    Brooks v. Certapro Painters of Knoxville, LLC, *et al.*

    3:09-cv-533    Cotterman-Henson v. Social Security Administration Comm'r

    3:10-cv-210    Winkler v. USA

    3:10-cv-296    Adams v. USA

    3:10-cv-407    Eagle Supply and Mfg, L.P. v. Bechtel Jacobs Co., LLC

    3:10-cv-412    Ellis v. USA

    3:10-cv-417    Jackson v. USA

    3:10-cv-483    Pelfrey v. Hotel Partners

    3:10-cv-517    Fricke, *et al.* v. Ocenco, Inc.

    3:10-cv-518    Jeffers, *et al.* v. Ocenco, Inc.

    3:10-cv-519    Frederick v. Ocenco, Inc.

    3:10-cv-522    Donaldson v. Jefferson Operator, LLC

    3:10-cv-549    Bailey v. USA

3:10-cv-559   Brandon v. City of Harriman, Tennessee, *et al.*

3:11-cv-06    Alexander, *et al.* v. Ober Gatlinburg, Inc.

3:11-cv-82    Daniels v. Depositors Insurance Company

3:11-cv-85    Dalton, *et al.* v. Daniels, *et al.*

3:11-cv-117   Braden, *et al.* v. American Home Mortg. Servicing, Inc., *et al.*

3:11-cv-123   Wimbley v. USA

3:11-cv-124   Morgan v. Central Baptist Church of Oak Ridge, Tenn., *et al.*

3:11-cv-140   Pfaff v. Rue 21, Inc.

3:11-cv-161   Epes Transport System, Inc. v. Transport Express, Inc.

3:11-cv-172   Jeane L. Smith, *et al.* v. J.J.B. Hilliard, W.L. Lyons, LLC

3:11-cv-206   Stafford v. Miller Petroleum, Inc.

3:11-cv-227   Blair v. Mastercraft Boat Co., LLC

3:11-cv-235   Hopper v. Union County Board of Education, *et al.*

3:11-cv-239   Dawkins v. Cobb, *et al.*

3:11-cv-249   Johnson, *et al.* v. Lockheed Martin Energy Systems, Inc.

3:11-cv-257   Hamilton, *et al.* v. Metroplex Services, Inc., *et al.*

3:11-cv-264   Silcox v. State Farm Fire and Casualty Co.

3:11-cv-271   Low v. Marjiloski, *et al.*

3:11-cv-285   Lawson v. White, *et al.*

3:11-cv-287   Cook, *et al.* v. Parc Pigeon Forge, L.L.C.

3:11-cv-303   Simmons v. American Apartment Mgmt. Co., Inc.

3:11-cv-315   Lackey v. Caremark, LLC

3:11-cv-316   Frazier v. Regis Corp.

3:11-cv-319   Mathis v. Kuhlman, *et al.*

3:11-cv-351   Branum v. Littleton, *et al.*

3:11-cv-383   Wells v. Ed Financial Services

3:11-cv-384   USA v. $68,100.00 U.S. currency

3:11-cv-427   King v. Foot Locker Stores, Inc.

3:11-cv-435   Fowler v. Donahue

3:11-cv-439   Arwood, *et al.* v. Capitol Indemnity Corp.

3:11-cv-441   Dixon v. Portfolio Recovery Associates LLC

3:11-cv-448   USA v. Greenbank Account xxx3023, *et al.*

3:11-cv-460   Shiveley, *et al.* v. SSC Andersonville Operating Co., LLC

3:11-cv-464   Rucker v. Foot Locker Stores, Inc.

3:11-cv-470   Multimedia Commerce Group, Inc., *et al.* v. Posh

3:11-cv-493   Rosenwald v. Hensley, *et al.*

3:11-cv-495   Bethel v. USA

3:11-cv-496   Higgins, *et al.* v. Hensley, *et al.*

3:11-cv-506   Baltimore v. USA

3:11-cv-509   Duncan, *et al.* v. Hensley, *et al.*

3:11-cv-512   Duvall, *et al.* v. The State of Tennessee, *et al.*

3:11-cv-531   Jones v. Babcock and Wilcox Technical Services Y-12, LLC

3:11-cv-537   Duncan, *et al.* v. CGK, Inc.

3:11-cv-539   Hunka v. Roane County, Tenn., *et al.*

3:11-cv-540   Johnson v. Mercy Health Systems, Inc.

3:11-cv-544   Mathews v. Mattina

3:11-cv-546   Holmes v. Barbee

3:11-cv-547   Robinson v. Comcast Corp., *et al.*

3:11-cv-561   Fields v. Hodge, *et al.*

3:11-cv-579   Likes, *et al.* v. Cady

3:11-cv-585   Mathews v. Westbrooks

3:11-cv-598   Brock v. Sexton

3:11-cv-601   Smith, *et al.* v. B&W Cartage Company, Inc., *et al.*

3:11-cv-625   Raudenbush v. Monroe County, Tenn., *et al.*

3:11-cv-626   Cox v. Zwicker & Associates, P.C.

3:12-cv-01    Brodeur, *et al.* v. Ober Gatlinburg Inc.

3:12-cv-23    Booker v. Evans, *et al.*

3:12-cv-57    Snyder v. Chase Bank USA National Assoc., *et al.*

3:12-cv-58    Farmer v. Riverwalk Holdings, Ltd.

3:12-cv-65    Wilson v. CitiMortgage, Inc.

3:12-cv-66    Eriksson v. Greyhound Lines, Inc.

3:12-cv-70    Bender v. City of Oak Ridge

3:12-cv-72    Clark, *et al.* v. G4S Government Solutions, Inc.

3:12-cv-74   Powell v. Cook

3:12-cv-77   Atkins, *et al.* v. Foster, *et al.*

3:12-cv-91   Snyder v. Equifax Information Services, LLC, *et al.*

3:12-cv-94   USA v. Real Property Located at 304 Roddy Lane, Harriman, Tennessee 37748

3:12-cv-102  Sealed v. Sealed

3:12-cv-115  Wiggins v. Kimberly-Clark Corp.

3:12-cv-147  Cochran v. Monumental Life Insurance Co.

3:12-cv-149  Anderson v. F.I. Sevier, L.P.

3:12-cv-150  Messina v. Social Security Administration Comm'r

3:12-cv-155  Bivens v. USA

3:12-cv-158  Kinningham v. Ray, *et al.*

3:12-cv-161  Carr v. Winchester, Sellers, Foster & Steele, P.C.

3:12-cv-164  Poplin v. Osbourne, *et al.*

3:12-cv-166  Farmer v. Berman & Rabin, P.A.

3:12-cv-167  Hugo v. Millennium Laboratories, Inc.

3:12-cv-172  Osborne, *et al.* v. EquiFirst Corp., *et al.*

3:12-cv-184  Flowers v. Aleris Recycling, *et al.*

3:12-cv-201  Mercer, *et al.* v. Walker, *et al.*

3:12-cv-207  Tipton v. Johnson

3:12-cv-208  McDaniel v. Sevier County, Tenn., *et al.*

3:12-cv-210  Lloyd v. Federal Insurance Co., *et al.*

3:12-cv-218  Leatherwood v. USA

3:12-cv-223  Wade v. Center for Workforce Learning, Inc., *et al.*

3:12-cv-232  Bailey v. Social Security Administration Comm'r

3:12-cv-238  Smith v. Social Security Administration Comm'r

3:12-cv-250  Kough, *et al.* v. Wing Enterprises, Inc., *et al.*

3:12-cv-272  Young v. Social Security Administration Comm'r

3:12-cv-276  Weaver v. Duncan, *et al.*

3:12-cv-295  Upton, *et al.* v. BNFL, Inc., *et al.*

3:12-cv-300  Universal Music Corp., *et al.* v. Tenn. Prod. Ctr. Inc., *et al.*

3:12-cv-302  Starnes, *et al.* v. Wal-Mart Stores East, LP

3:12-cv-309  Grady v. Inspire Pharmaceuticals

3:12-cv-310  Burgess, *et al.* v. Pine Mountain RV Park, LLC

3:12-cv-358  Catlin v. Social Security Administration Comm'r

3:12-cv-363  Melrose Place Tenn. General P'ship v. Hanover Ins. Co.

3:12-cv-380  Tenn. Valley Fin. Holdings, Inc., *et al.* v. BancInsure, Inc.

3:12-cv-385  Boyle v. Bloomin' Brands, Inc., *et al.*

3:12-cv-401  Grizzell v. Mountain National Bancshares, Inc., *et al.*

3:12-cv-403  Perkins v. Rogers Group, Inc.

3:12-cv-405  Yates, *et al.* v. Fidelity Nat'l Property and Casualty Ins. Co.

3:12-cv-412  Jordan v. Social Security Administration Comm'r

3:12-cv-429   Envy 27, LLC v. American Automobile Ins. Co.

3:12-cv-434   SunTrust Bank v. Parsons, *et al.*

3:12-cv-440   Kirk v. Portfolio Recovery Associates, LLC

3:12-cv-447   Elabd v. Taylor, *et al.*

3:12-cv-451   Jones v. Jefferson County, Tenn.

3:12-cv-458   Santino v. PetSmart, Inc.

3:12-cv-459   Vaughn v. England, Inc., *et al.*

3:12-cv-464   Harwell v. JJJ, LLC

3:12-cv-471   Kidd v. P.F. Chang's China Bistro, Inc.

3:12-cv-480   Birdsall v. Peoples Bank of the South

3:12-cv-482   Crye v. Rohm & Haas Chemical, LLC, *et al.*

3:12-cv-493   Hamilton v. Wal-Mart Stores East, LP, *et al.*

3:12-cv-495   Roberts, *et al.* v. Wal-Mart Stores, Inc., *et al.*

3:12-cv-501   Harris v. USA

3:12-cv-504   Ivaska v. Smith, *et al.*

3:12-cv-506   Scott v. Social Security Administration Comm'r

3:12-cv-518   Wallis v. Brownlee Construction, Inc., *et al.*

3:12-cv-519   Kiser v. Social Security Administration Comm'r

3:12-cv-524   Vinson v. Miller

3:12-cv-536   Parris v. USA

3:12-cv-551   Campbell v. USA

3:12-cv-563   Decker, *et al.* v. Subway Sandwiches and Salads, LLC, *et al.*

3:12-cv-570   Lantz v. LVNV Funding, LLC.

3:12-cv-578   Herbert v. Smart Auto, Inc.

3:12-cv-579   Blance v. ARC Automotive, Inc.

3:12-cv-581   Burnett v. State of Tenn., Department of Children's Services

3:12-cv-586   Radio Systems Corp. v. D.E. Systems, *et al.*

3:12-cv-588   Eckhardt v. Board of Educ. of Loudon County

3:12-cv-597   Dragon Quest Productions, LLC v. Does 1-100

3:12-cv-599   Sojo Productions Inc. v. Does 1-67

3:12-cv-601   Safety Point Productions LLC v. Does 1-57

3:12-cv-602   Dimentional Dead Productions LLC v. Does 1-43

3:12-cv-603   Dimentional Dead Productions LLC v. Does 1-21

3:12-cv-611   Lewis v. USA

3:12-cv-617   R & D Film 1 LLC v. Does 1-96

3:12-cv-619   Mannis v. Social Security Administration Comm'r

3:12-cv-622   Mitan v. HSBC Bank USA, N.A.

3:12-cv-642   Vision Films Inc. v. Does 1-12

3:12-cv-643   Vision Films Inc. v. Does 1- 20

3:12-cv-644   Vision Films Inc. v. Does 1- 16

3:12-cv-650   Atlantic Casualty Ins. Co. v. Norton, *et al.*

3:12-cv-660   Aljuneidi v. U.S. Citizenship and Immigration Svcs.

3:12-cv-667   Williams v. Schofield, *et al.*

3:13-cv-02    West v. Appalachian Electric Cooperative

3:13-cv-07    Stiles, *et al.* v. Grainger County School District, *et al.*

3:13-cv-09    Robinson v. Anderson County Schools, *et al.*

3:13-cv-12    Brown v. USA

3:13-cv-20    Eck, *et al.* v. Central Florida Investments, Inc., *et al.*

3:13-cv-29    Citizens National Bank v. Globerman, *et al.*

3:13-cv-30    Penman, *et al.* v. Cincinnati, New Orleans & Texas Pacific Railway Co., *et al.*

3:13-cv-37    NGN Prima Productions Inc. v. Does 1-24

3:13-cv-42    McAffee v. BWXT Y-12 -Bechtel Enterprises

3:13-cv-43    Zambezia Film Pty. Ltd. v. Does 1-17

3:13-cv-44    Zambezia Film Pty. Ltd. v. Does 1-16

3:13-cv-45    Zambezia Film Pty. Ltd. v. Does 1-14

3:13-cv-50    DISH Network LLC, *et al.* v. Williamson

3:13-cv-56    Conrado v. Marriott International, Inc., *et al.*

3:13-cv-58    Voltage Pictures v. Does 1- 64

3:13-cv-59    First Farragut United Methodist Church v. Selective Ins. Co. of America, *et al.*

3:13-cv-64    Gibbs v. Howerton

3:13-cv-65    Wright v. Social Security Administration Comm'r

| | |
|---|---|
| 3:13-cv-72 | Sealed v. Sealed |
| 3:13-cv-74 | Martin, *et al.* v. Norfolk Southern Railway Co. |
| 3:13-cv-75 | Breaking Glass Pictures v. Does 1-283 |
| 3:13-cv-76 | Breaking Glass Pictures v. Does 1-13 |
| 3:13-cv-77 | Breaking Glass Pictures v. Does 1-13 |
| 3:13-cv-78 | USA v. Real Property located at 116 Georgia Lane, Kingston, Tenn. 37763 |
| 3:13-cv-79 | The Bicycle Peddler, LLC v. Does 1-81 |
| 3:13-cv-84 | Wilson v. Social Security Administration Comm'r |
| 3:13-cv-86 | Hamilton v. Home Depot U.S.A., Inc., *et al.* |
| 3:13-cv-128 | Vision Films Inc. v. Does 1-41 |
| 3:13-cv-129 | Bleiberg Entertainment v. Does 1-41 |
| 3:13-cv-184 | Georgia Film Fund Four, LLC v. Does 1-17 |
| 3:13-cv-185 | Georgia Film Fund Four, LLC v. Does 1-97 |
| 3:13-cv-186 | Georgia Film Fund Four, LLC v. Does 1-16 |
| 3:13-cv-187 | Georgia Film Fund Four, LLC v. Does 1-15 |
| 3:13-cv-217 | Killer Joe Nevada, LLC v. Does 1-36 |
| 3:13-cv-218 | Killer Joe Nevada, LLC v. Does 1-11 |
| 3:13-cv-219 | Killer Joe Nevada, LLC v. Does 1-11 |
| 3:13-cv-220 | Killer Joe Nevada, LLC v. Does 1-36 |
| 3:13-cv-221 | Killer Joe Nevada, LLC v. Does 1-15 |

3:13-cv-222   Killer Joe Nevada, LLC v. Does 1-57

3:13-cv-223   Killer Joe Nevada, LLC v. Does 1-58

3:13-cv-230   Mayo v. USA

3:13-cv-251   TCYK, LLC v. Does 1-98

3:13-cv-252   TCYK, LLC v. Does 1-69

3:13-cv-254   TCYK, LLC v. Does 1-30

3:13-cv-256   TCYK, LLC v. Does 1-27

3:13-cv-257   TCYK, LLC v. Does 1-15

3:13-cv-259   TCYK, LLC v. Does 1-14

3:13-cv-260   TCYK, LLC v. Does 1-11

3:13-cv-262   Pounds Pictures Inc. v. Does 1-17

3:13-cv-263   Pounds Pictures, Inc. v. Does 1-30

3:13-cv-307   Barba v. USA

3:13-cv-313   Hatcher v. USA

3:13-cv-346   Morgan v. LIUNA Staff and Affiliates Pension Fund

3:13-cv-348   Watkins v. USA

3:13-cv-353   Stephenson v. USA

3:13-cv-396   Currier v. USA

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE