# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SEAN PENMAN; JOHN SPARR, | § § | |
| Plaintiffs, | § § | No.: 3:13-CV-030 |
| vs. | § § | *Jury Trial Demanded* |
| CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RAILWAY COMPANY, a corporation; NORFOLK SOUTHERN RAILWAY COMPANY, a corporation, | § § § § § § | |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), come the Plaintiffs, and by agreement with counsel for the Defendants, stipulates a dismissal of their action against the Defendants.

It is further understood and agreed by all parties that this Stipulation of Dismissal, dismisses this case against the Defendants, with each party to bear their own discretionary costs.

**ENTER** this _____ day of _____, 2014.

_____
**United States District Court Judge**

**APPROVED FOR ENTRY:**

WETTERMARK & KEITH, LLC

S/ James H. Wettermark, Esq.
*Attorney for Plaintiffs*
2101 Highland Avenue S., Suite 600
Birmingham, Alabama 35205
(205) 933-9500

BAKER, O'KANE, ATKINS & THOMPSON

S/ John W. Baker, Jr., Esq., BPR #001261
   Emily L. Herman-Thompson, Esq., BPR #021518
*Attorneys for Defendants*
2607 Kingston Pike, Suite 200
Post Office Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600